UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -- GENERAL

Case No.   CV 05-07746 DDP (JWJx)                               Dated: February 2, 2017

Title:   CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, CALIFORNIA TOXIC SUBSTANCES CONTROL ACCOUNT -v- AMERICAN HONDA MOTOR CO INC., ANADARKO E. AND P COMPANY LP, ET AL.
================================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

Patricia Gomez                                           None Present
Courtroom Deputy                                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                     None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)


Case should have been closed on document filed on January 25, 2017.

Docket number 96.


MINUTES FORM 11                                          Initials of Deputy Clerk: PG
CIVIL -- GEN